UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| U.S. WATER SERVICES, INC.,<br><br>            Plaintiff,<br><br>   v.<br><br>GREG ITOH,<br><br>            Defendant. | CASE NO. C11-5144BHS<br><br>ORDER DENYING DEFENDANT'S MOTION FOR RECONSIDERATION |

This matter comes before the Court on Defendant's ("Itoh") motion for reconsideration (Dkt. 24).[1] The Court has considered the pleadings filed in support of the motion and the remainder of the file and hereby denies the motion for the reasons stated herein.

> Motions for reconsideration are disfavored. The court will ordinarily deny such motions in the absence of a showing of manifest error in the prior ruling or a showing of new facts or legal authority which could not have been brought to its attention earlier with reasonable diligence.

Local Rule CR 7(h)(1).

The Court has reviewed Itoh's motion and concludes that he has not established that the Court's entry of the TRO constitutes manifest error or that new facts or legal

---

[1] Itoh styled his motion as one to set aside the temporary restraining order ("TRO") that the court entered on March 3, 2011. Dkt. 22. Itoh's motion is more properly characterized as a motion for reconsideration. Therefore, the Court will treat it as such.

ORDER - 1

1  authority exist which could not have been brought to the Court's attention earlier with
2  diligence. Therefore, Itoh has not met his burden on reconsideration and his motion
3  should be denied. *See id*.
4      The Court reminds Itoh that the TRO, as entered, is only temporary relief to
5  maintain the status quo in this matter. Itoh will have full opportunity to defend against
6  Plaintiff's motion for preliminary injunction. *See* Dkt. 22 at 4 (number (3), setting out
7  preliminary injunction briefing schedule).
8      Therefore, it is hereby **ORDERED** that Itoh's motion for reconsideration is
9  **DENIED** for the reasons discussed herein.
10      DATED this 8th day of March, 2011.

BENJAMIN H. SETTLE
United States District Judge

ORDER - 2